COPY 

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

    v.                            CIVIL NO. 01-1009

James G. Collar and

Diana L. Collar

FILED
SCRANTON

APR 29 2002

    Defendants

PER ___/s/___
DEPUTY CLERK

## SCHEDULE OF DISTRIBUTION

U. S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

    8/28/01

Amount of cash received . . . . . . . . . . . . . . $ 4,000.00

Balance due from purchaser. . . . . . . . . . . . . $ 18,600.00

Costs billed to the United States Government. . . $ 1,325.56

    Amount bid by: Ralph E. Baith . . . $ 22,600.00

TO BE DISTRIBUTED AS FOLLOWS:

U. S. Marshal Costs:

    Notice of Sale . . . . . . . . . . . . . . . . . $ 20.00

    Service of Summons and Complaint . . . . . . . $ _____

    Service of Writ of Execution and Posting . . $ 313.80

    Costs for selling property . . . . . . . . . . $ 171.50

    Marshals Commission. . . . . . . . . . . . . . $ _____

    Notice to Lienholders. . . . . . . . . . . . . $ 32.00

U.S. ATTORNEY COSTS:

    Docket Fee . . . . . . . . . . . . . . . . . . . $ 150.00

    Filing Judgment. . . . . . . . . . . . . . . . . $ 14.00

    Bringdown Search . . . . . . . . . . . . . . . $ 140.00

ADVERTISING

    Centre Daily Times
        March 22, 29 & April 5, 2002 . . . . . . . . . . $ 484.26


TOTAL COSTS TO U. S. GOVERNMENT. . . . . . . . . . . $ 1,325.56

Proceeds of sale less costs to USDA-Rural Dev. . . $ 21,274.44


AMOUNT BID BY:

Ralph Baith for:
Jessica Baith    and
James P. Brewster, Jr.

132 Walnut St.  . . . . . . . . $ 22,600.00

Sellersville, PA   18960


                                                Donald Heemer, Chief
                                                Deputy USMS