1:01 CV 1009

4/18/02   Property sold to Ralph E. Baith for $22,600.

_____
Donald Heemer, Chief Deputy

FILED
SCRANTON
APR 29 2002
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      No. 1:CV-01-1009
                                       (Caldwell, J.)

JAMES G. COLLAR and
DIANA L. COLLAR,
    Defendants.

## WRIT OF EXECUTION

TO: The United States Marshal of Said District:

To satisfy the judgment, interest and costs in the above matter, you are directed to levy upon and sell the following described property:

## SEE ATTACHED DESCRIPTION

to collect the sum of $52,501.77, principal and advances; $2,689.72, interest through December 15, 1999; plus Interest Credit Subject to Recapture in the amount of $3,475.00; plus interest accruing from December 15, 1999 at the daily rate of $11.1475 to the date of judgment; plus interest from the date of judgment at the legal rate, until paid in full, together with costs of processing and handling Defendants' claim pursuant to the provisions of 31 U.S.C. § 3717(e)(1) in the sum of $150.00, and for foreclosure and sale of the mortgaged premises located at 301 E. Logan Street, Bellefonte, Pennsylvania 16823.

MARY E. D'ANDREA
Clerk of Courts

By: _____
Deputy Clerk

DATE OF JUDGMENT: 8/28/01

over

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>1:CV-01-01009 |
|---|---|
| DEFENDANT<br>JAMES G. COLLAR and DIANA L. COLLAR | TYPE OF PROCESS<br>POSTING OF PROPERTY |

RECEIVED USMS, [illegible]
2002 FEB 25 AM [illegible]

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

▶ POST PROPERTY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 302 E. Logan Street, Bellefonte, PA 16823

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KAREN M. MUSLOSKI
United States Attorney's Office

235 N. Washington Ave., Suite 311
Scranton, PA 18503

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Post on or before 3/7/02

Signature of Attorney or other Originator requesting service on behalf of:
Karen M. Musloski, Paralegal Specialist
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (570) 348-2800
DATE: 1/25/02

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>Andrea Lavelle | Date 2/11/02 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above): UNITED [illegible]

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 02/20/02   Time: 4:00 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
| $180.00 | $43.80 | | $223.80 | | |

REMARKS: Posted

Start 1100
End 1500
120 R/T mile
10 Deputy

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285

| U.S Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>1:CV-01-01009 |
| DEFENDANT<br>JAMES G. COLLAR and DIANA L. COLLAR | TYPE OF PROCESS<br>WRIT OF EXECUTION |

Stamp: RECEIVED USMS, 2002 FEB 25 AM 10:57

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>DIANA L. COLLAR |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 302 E. Logan Street, Bellefonte, PA 16823 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KAREN M. MUSLOSKI
United States Attorney's Office

235 N. Washington Ave., Suite 311
Scranton, PA 18503

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                Fold

**PERSONAL SERVICE REQUESTED**

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Karen M. Musloski, Paralegal Specialist* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(570) 348-2800 | DATE<br>1/25/02 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>*Andrea Lavelle* | Date<br>2/11/02 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporattion, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
James Collar

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2/20/02    Time: 200 pm

Signature of U.S. Marshal or Deputy: *WM*

Service Fee: 45.00    Total Mileage Charges (including endeavors)    Forwarding Fee    Total Charges: 45.00    Advance Deposits    Amount owned to U.S. Marshal or Amount of Refund

REMARKS:   Start 1100   End 1500   1 Deputy   120 ft miles

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285

| U.S Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>1:CV-01-01009 |
|---|---|
| DEFENDANT<br>JAMES G. COLLAR and DIANA L. COLLAR | TYPE OF PROCESS<br>WRIT OF EXECUTION |

RECEIVED USMS, MIDDLE PA
2002 FEB 25 AM 10:57

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

▶ JAMES G. COLLAR

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 302 E. Logan Street, Bellefonte, PA 16823

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KAREN M. MUSLOSKI
United States Attorney's Office

235 N. Washington Ave., Suite 311
Scranton, PA 18503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                 Fold

**PERSONAL SERVICE REQUESTED**

Signature of Attorney or other Originator requesting service on behalf of:
*Karen M. Musloski, Paralegal Specialist*    ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER (570) 348-2800   DATE 1/25/02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>*Andrea Lavelle* | Date 2/11/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 02/20/02    Time 2:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $38.70 | Forwarding Fee | Total Charges $83.70 $45.00 | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:   START 1100   1 Deputy
           END   1500   120 RT MILES

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285

## U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | CV-01-1009 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| James Collar | Advertising |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Centre Daily Times

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 3400 East College Ave. State College, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk G. Lavelle | Date 4/19/02

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above) | Date of Service | Time ___ am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Legal Run Date - March 22nd, 29th & April 5, 2002.

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE UNITED STATES OF AMERICA | 1:CV-01-1009 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAMES G. COLLAR and DIANA L. COLLAR | Notice to Lienholders |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SEND CERTIFIED (See Below)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James L. Collar
   302 E. Logan St
   Bellefonte, PA
   16823

2. Article Number (Copy from service label)
   7001 1940 0006 2789 6660

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

Allegheny & High Sts.
Bellefonte, PA 16823

2. Article Number (Copy from service label)
   7001 1940 0006 2789 6691

PS Form 3811, July 1999   Domestic Return Receipt

7001 ---- 0006 2789 6677

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X [signature] Collar
☐ Agent
☐ Addressee

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[stamp: MAR 18 2002]

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

CV-01-1009

☒ Certified Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

CV-01-1009

CV-01-1009

---

of process to be with this Form - 285: **1**

of parties to be this case: **4**

service

Include Business and Alternate Addresses, All

BENEFICIAL CONSUMER

| NE NUMBER | DATE |
|---|---|
| 48-2800 | 3/14/02 |

**RITE BELOW THIS LINE**

| :puty or Clerk | Date |
|---|---|
| [signature] | 3/14/02 |

n in "Remarks", the process described tc., shown at the address inserted below.

☐ above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am / pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8 x 4 | | | $32.00 | | | |

REMARKS:

---

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | USA | COURT CASE NUMBER | CV-01-1009 |
|---|---|---|---|
| DEFENDANT | Collar | TYPE OF PROCESS | Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
302 E. Logan St., Bellefonte, PA 16823

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sale - April 18, 2002   11:00 AM
Bid $8,500.00

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  G. Lavelle | Date 4/19/02

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4-18-2002   Time: 11:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 135.00 | 36.50 | ∅ | 171.50 | | 171.50 | |

REMARKS:
4/18 - START 9:30 AM, 1 DUSM
- END 12:25 AM, 100 MILES
HOUSE SOLD TO: RALPH E. BAITH   $22,600
132 WALNUT ST
SELLERSVILLE, PA 18960

PRIOR EDITIONS                **1. CLERK OF THE COURT**                FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | NOTICE OF U.S. MARSHAL'S SALE |
|---|---|
| United States Marshals Service | (Real Estate) |

**United States of America** }
____Middle____ DISTRICT OF __Pennsylvania__ } ss:

Public notice is hereby given, that by virtue of a writ of execution (or Fieri Facias), dated ____January 18____, A.D. XX 2002, issued out of the ____District____ Court, of the United States for the ____Middle____ District of __Pennsylvania__ on a judgment rendered in said Court, on the ____28th____ day of ____August____, A.D. XX 01, in favor of __United States of America__ and against __James G. Collar and Diana L. Collar__ I have, on this ____7th____ day of ____March____, A.D. XX 2002, levied upon the following described real estate, situated in the County/~~Parish~~ of ____Centre____ and State of __Pennsylvania__, to wit: __See attached description__

I will, accordingly, offer said real estate for sale, at public auction to the highest and best bidder, for ~~cash (or~~ certified check), on the ____18th____ day of ____April____, A.D. XX 2002 at __11:00__ o'clock _A_.M., at __301 E. Logan Street, Bellefonte, PA 16823__, subject to the following terms and conditions: __Ten percent down at the time of sale; balance due within 60 days. Failure to tender the balance of the purchase price in a timely fashion will result in the forfeiture of the deposit. Purchaser is responsible for any and all stamps and transfer taxes required by any taxing authority. Property taxes are vouchered for payment up to the date of sale. Sale will be held on the premises described in the attached property description. NOTICE TO ALL PARTIES IN INTEREST AND CLAIMANTS: A Schedule of Distribution of Sale will be filed by the U.S. Marshal with the Clerk of Court, Scranton, PA by May 2, 2002. Any claims or exceptions to said distribution must be filed with 10 days thereafter.__ Dated, __Scranton__, __Pennsylvania__, __January 22__, A.D. XX 2002
(Day) (Month) (Date)

_/s/ Walter D. Sokolowski_
WALTER D. SOKOLOWSKI   _U.S. Marshal._

Plaintiff's Attorney.

____Middle____ DISTRICT OF __Pennsylvania__

By _____
_Deputy._

Prior editions are obsolete and not to be used

Form USM-176
(Rev. 2/10/83)
GPO 898-415

Pennsylvania, County(ies) of <u>Centre and Borough of Bellefonte, bounded and described as follows, to-wit:-</u>

BEGINNING at a point on the southerly side of East Logan Street which point is on the common boundary of Lot No. 1 and Lot No. 2; thence along Lot No. 2 South 7° 35' East 200 feet to an iron pin on Logan Alley; thence along the northerly side of Logan Alley, South 82° 20' West 42.78 feet to an iron pin set on the common boundary of the land to be conveyed and the land now or formerly of Confer; thence along the common boundary now or formerly of Confer, North 7° 35' West 200 feet to an iron pin set on the southerly side of East Logan Street, said iron pin is set in the juncture of a wall located on the property; thence along the southerly side of East Logan Street, North 82° 20' East 42.78 feet to an iron pin, the place of beginning.

BEING Lot No. 1 of the lots of Betty J. Lockington Subdivision by Delbert W. Meeker, Registered Surveyor, dated November 12, 1975, and recorded in the office of the Recorder of Centre County on December 23, 1975.

472

FmHA 427-1 PA (Rev. 3-23-78)

Exhibit B

USA vs. Cellar, James G + Diane L.

1:CV-01-1009

AGFM