


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
          Plaintiff, :
: 1:CV-01-01009    FILED
V. :                 SCRANTON
: (Caldwell, J.)
JAMES G. COLLAR and :                 MAY - 9 2002
DIANA L. COLLAR, :
          Defendants. :                 PER ___
                                                                                               DEPUTY CLERK

Judgment having been entered in the above-entitled action on the 28th day of August, 2001, against JAMES G. COLLAR and DIANA L. COLLAR, a Writ of Execution having been issued on the 11th day of February, 2002, and the property having been sold on the 18th day of April, 2002, the Clerk is requested to tax the following Bill of Costs relating to the sale of that property:

## BILL OF COSTS

(Filed in accordance with Rule 69(a) F.R.C.P.
and Rule 3138(a) Pa. R.C.P.)

United States Attorney, costs:

| | |
|---|---:|
| Docket Fee------------------------------- | $ 150.00 |
| Filing Judgment, local courts--------------- | $ 14.00 |
| Bringdown Search-------------------------- | $ 140.00 |

United States Marshal, costs:

| | |
|---|---:|
| Notice of Sale---------------------------- | $ 20.00 |
| Service of Summons and Complaint------ | $ 0.00 |
| Service of Writ of Execution and Posting- | $ 313.80 |
| Costs for Selling Property (Mileage)------- | $ 171.50 |
| Notice to Lienholders---------------------- | $ 32.00 |

Advertising:

Centre Daily Times
    3/22/02, 3/29/02 & 4/5/02                                         $      484.26

Lien Searches:
    Prothonotary, Centre County    $ 0.00
    Recorder of Deeds, Centre Cty    $ 0.00
    Tax Claim Bureau, Centre    $ 0.00

TOTAL COSTS----------    $1,325.56

State of Pennsylvania  )
County of Lackawanna  ) ss

I, J. JUSTIN BLEWITT, JR., do hereby swear that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to:

James G. Collar and Diana L. Collar
302 E. Logan Street
Bellefonte, PA 16823

with postage fully prepaid thereon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of May, 2002.

J. JUSTIN BLEWITT, JR.,
Assistant U.S. Attorney
309 Federal Building
Scranton, PA 18501

Karen M. Musloski
Paralegal Specialist
Financial Litigation Unit