

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     :

        Plaintiff,     :

                   :    Civil Action 3:CV-01-1009

     Vs.         :    (Judge Caldwell)

                   :

JAMES G. COLLAR, and DIANA L.     :

COLLAR,     :

                   :

        Defendants,     :

FILED
SCRANTON

MAY 3 1 2002

Per _____
DEPUTY CLERK

## JUDGMENT

Pursuant to the Judgment entered August 28, 2001, and the provisions of Rule 54(d)(1), Federal Rules of Civil Procedure, costs are hereby taxed against <u>James G. Collar, and Diana L. Collar,</u> and in favor of the United States Attorney in the amount of <u>$1,325.56.</u>


ATTEST:


*Mary E. D'Andrea*

MARY E. D'ANDREA
Clerk of Court